IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 29 2008
JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

| | |
|---|---|
| JEROME J. WEST BEY,<br>  Petitioner, | Civil Action No. 7:07-cv-00567 |
| v. | **FINAL ORDER** |
| R. C. MATHENA,<br>  Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the motion to dismiss is **GRANTED**, this petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as untimely, and that this action is stricken from the active docket of this court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and to counsel of record for the respondent.

ENTER: This 29th day of February, 2008.

/s/ James C. Turk
Senior United States District Judge